Ex parte Richard **VILLAREAL.**

No. 39777.

Court of Criminal Appeals of Texas.

Oct. 26, 1966.

Clyde W. Woody, Marian S. Rosen, Houston, for appellant.

Jules Damiani, Jr., Dist. Atty., Thomas L. Douvry and Albert G. Redmond, Asst. Dist. Attys., Galveston, and Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

McDONALD, Judge.

This is an appeal from an order in a habeas corpus proceeding denying bail to appellant upon a complaint charging him with murder.

It is made to appear that subsequent to the entry of the order appealed from, an indictment was returned charging appellant

with said offense, and the question of his right to bail upon the charge by complaint has therefore become moot. Ex Parte Davis, Tex.Cr.App., 290 S.W.2d 669; Ex Parte Bowles, 166 Tex.Cr.R. 346, 314 S.W. 2d 108; Ex Parte Bowie, Tex.Cr.App., 368 S.W.2d 767.

The appeal is dismissed.